IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 05-CR-00425-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

4.   AARON R. BOWEN,
     Defendant.

## ORDER ON UNOPPOSED MOTION FOR LEAVE
## TO ATTEND FUNERAL

THIS MATTER comes before the Court upon Defendant's Unopposed Motion for Leave to Attend Funeral, which requests permission for Defendant to attend his grandfather's funeral set for March 1, 2007.  The Court has reviewed the motion, the court file and any responsive pleadings and finds the motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that Defendant is permitted to attend his grandfather's funeral set for March 1, 2007 in the company of the U.S. Marshal and that Defendant is to arrange for payment of the costs of the U.S. Marshal in escorting Defendant in this matter.

This 26th day of February, 2007.

~~Hon. Robert E. Blackburn~~
~~United States Dist. Court Judge~~
**BOYD N. BOLAND**
**United States Magistrate Judge**