**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00425-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  AARON R. BOWEN,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on defendant's **Motion in Pursuant To Fed.R.Crim.P. 33(b)(1) For "A New Trial" For "Newly Discovered Evidence"** [#480] filed July 27, 2009.  The motion is **STRICKEN**.  When a defendant is represented by counsel, this court will not accept pro se filings from that defendant.  Such a pro se filing is improper.  See United States v. Nichols, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing United States v. Guadalupe, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

    Dated:  July 29, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.